# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149270(52)

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
        Plaintiff-Appellee,

v

COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
        Defendant-Appellant.
_____/

SC: 149270
COA: 321719
Saginaw CC: 12-015433-NH

       On order of the Chief Justice, the motion of Michigan's State Long Term Care Ombudsman Program to permit the late filing of the brief amicus curiae is GRANTED. The amicus brief submitted on December 11, 2014, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014

